**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**03-1081**


**STATE OF LOUISIANA**

**VERSUS**

**ALVIN DEMOND WILLIAMS**


************

APPEAL FROM THE
THIRTY-FIFTH JUDICIAL DISTRICT COURT,
PARISH OF GRANT, NO. 02-257,
HONORABLE ALLEN A. KRAKE, DISTRICT JUDGE

************

**MICHAEL G. SULLIVAN
JUDGE**

************

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Marc T. Amy, and Michael G. Sullivan, Judges.


**AFFIRMED AS AMENDED AND REMANDED.**

**James P. Lemoine**
  **District Attorney**
**James D. White, Jr.**
  **Assistant District Attorney**
**Post Office Box 309**
**Colfax, Louisiana  71417-0309**
**318-627-2971**
**Counsel for Plaintiff/Appellee:**
     **State of Louisiana**

**G. Paul Marx**
**Louisiana Appellate Project**
**Post Office Box 82389**
**Lafayette, Louisiana   70598**
**337-237-2537**
**Counsel for Defendant/Appellant:**
        **Alvin Demond Williams**